**SHEARMAN & STERLING LLP**

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

jfortinsky@shearman.com　　　　　　　　　　　　　　　　　　　　September 27, 2021
212.848.4900

<u>Via ECF</u>

Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

　　　<u>*Speakes v. Taro Pharmaceutical Industries, Ltd. et al.*</u>, Case No. 16-cv-08318-ALC-OTW

Dear Judge Wang:

　　　In the above-referenced action, we respectfully represent Lead Plaintiff City of Atlanta Firefighters' Pension Fund and defendants Taro Pharmaceutical Industries Ltd., Michael Kalb, and Kalyanasundaram Subramanian.  We are submitting this joint status letter pursuant to the order entered on September 10, 2020 (ECF No. 79).

　　　Pursuant to a stipulation so-ordered by Your Honor on April 17, 2019 (ECF No. 76) (the "Stipulation"), fact discovery in this action is presently coordinated as described in the Stipulation with discovery in the multidistrict litigation in the Eastern District of Pennsylvania captioned *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, No. 2:16-md-2724 (the "MDL"), and otherwise stayed.  Fact discovery remains ongoing in the MDL.  In accordance with the Stipulation, defendants have produced more than 214,000 documents in this action to date and are continuing to make productions pursuant to the Stipulation.

　　　The parties are available to address any questions the Court may have.

**SHEARMAN.COM**

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.

Respectfully submitted,

| | |
|---|---|
| BERNSTEIN LIEBHARD LLP | SHEARMAN & STERLING LLP |
| By: */s/ Michael S. Bigin* | By: */s/ Jerome S. Fortinsky* |
| Michael S. Bigin<br>10 East 40th Street<br>New York, New York 10016<br>Telephone: (212) 779-1414<br>bigin@bernlieb.com | Jerome S. Fortinsky<br>599 Lexington Avenue<br>New York, New York 10022-6069<br>Telephone: (212) 848-4000<br>jfortinsky@shearman.com |
| *Lead Counsel for Lead Plaintiff Atlanta Firefighters' Pension Fund and the Proposed Class* | *Counsel for Defendants Taro Pharmaceutical Industries Ltd., Michael Kalb, and Kalyanasundaram Subramanian* |

cc:   Counsel of record (via ECF)