**BERNSTEIN LIEBHARD LLP**
10 EAST 40TH STREET
NEW YORK, NEW YORK 10016

(212) 779-1414
FAX: (212) 779-3218
www.bernlieb.com

April 11, 2024

**<u>VIA ECF</u>**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: *Speakes v. Taro Pharmaceutical Industries, Ltd. et al.*, Case No. 1:16-cv-08318-ALC

Dear Judge Carter:

In the above-referenced action, we respectively represent Lead Plaintiff City of Atlanta Firefighters' Pension Fund and defendants Taro Pharmaceutical Industries Ltd., Michael Kalb, and Kalyanasundaram Subramanian.

We are pleased to report that the parties signed a Stipulation of Settlement settling all claims in this action on a class-wide basis on April 10, 2024. We are submitting this letter to request permission for Lead Plaintiff to file an unopposed motion for preliminary approval of the settlement and to provide notice of the proposed settlement to the settlement class pursuant to Rule 23(e)(1) of the Federal Rules of Civil Procedure without a pre-motion conference.

Lead Plaintiff represents that it will be ready to file the unopposed motion showing why notice of the proposed settlement should be sent to the settlement class in accordance with Rule 23(e)(1) on short notice. As part of the motion, Lead Plaintiff will file the Stipulation of Settlement for the Court's review, which contains the stipulated forms of class notice and a proposed order for granting this Rule 23(e)(1) motion.

Accordingly, since the parties have no disputes, we respectfully request a waiver of Your Honor's pre-motion conference requirement and permission to file the motion for the Court's consideration.

Respectfully submitted,

BERNSTEIN LIEBHARD LLP

By: /s/*Michael S. Bigin*

Michael S. Bigin
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Bigin@bernlieb.com

*Lead Counsel for Lead Plaintiff Atlanta Firefighters' Pension Fund and the Proposed Class*

SHEARMAN & STERLING LLP

By: */s/ Jeffrey D. Hoschander*

Jeffrey D. Hoschander
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Jeff.Hoschander@shearman.com

*Counsel for Defendants Taro Pharmaceutical Industries Ltd., Michael Kalb, and Kalyanasundaram Subramanian*