UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER SPEAKES, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>TARO PHARMACEUTICAL INDUSTRIES, LTD., MICHAEL KALB, AND KALYANASUNDARAM SUBRAMANIAN,<br><br>                      Defendants. | Case No.: 16-cv-08318-ALC-OTW<br><br>Hon. Andrew L. Carter Jr., U.S.D.J.<br><br>Hon. Ona T. Wang, U.S.M.J. |

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR
AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF
EXPENSES, AND REIMBURSEMENT OF TIME TO LEAD PLAINTIFF**

TO:    ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff City of Atlanta Firefighters' Pension Fund ("Lead Plaintiff") hereby moves before Hon. Andrew L. Carter Jr., United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on August 23, 2024 at 11:00 a.m., for an Order, pursuant to Rules 23(e) and 54(d) of the Federal Rules of Civil Procedure, that approves the requested attorney fees, reimbursement of expenses, and reimbursement of time to Lead Plaintiff.[1]

The motion is based on the accompanying Memorandum of Law in Support of Lead Plaintiff's Motion for Approval of Attorneys' Fees, Reimbursement of Expenses, and Reimbursement of Time to Lead Plaintiff and the supporting Declaration of Michael S. Bigin, dated July 19, 2024, with annexed exhibits, filed herewith.

---

[1] All capitalized terms used herein that are not otherwise defined herein have the meanings ascribed to them in the Stipulation of Settlement dated April 10, 2024.

A proposed Final Order Granting Lead Plaintiff's Motion for Approval of Attorneys' Fees, Reimbursement of Expenses, and Reimbursement of Time to Lead Plaintiff will be submitted at the time Lead Plaintiff files its reply memorandum in further support of its Motion, which is after the objection period published in the Notice.

Dated:  July 19, 2024

Respectfully submitted,

/s/ Michael S. Bigin

**BERNSTEIN LIEBHARD LLP**
Stanley D. Bernstein
Michael S. Bigin
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:  bernstein@bernlieb.com
         bigin@bernlieb.com
         seidman@bernlieb.com

*Lead Counsel for Lead Plaintiff and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on July 19, 2024, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

/s/ Joseph R. Seidman, Jr.
JOSEPH R. SEIDMAN, JR.
