USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/21/2024

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SPEAKES**, *et al.*,<br><br>                              **Plaintiffs**,<br><br>           -against-<br><br>**TARO PHARMACEUTICAL INDUSTRIES, LTD.**, *et al.*,<br><br>                              **Defendant.** | **16-CV-08318**<br><br><u>**ORDER**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

As previously ordered, this Court will hold a telephonic settlement conference in this action on **August 23, 2024 at 11:00 AM**. *See* ECF No. 105. The Parties should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:   August 21, 2024
             New York, New York

                                                                    _____
                                                                     **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**