# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER SPEAKES, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>Vs.<br><br>TARO PHARMACEUTICAL INDUSTRIES, LTD, MICHAEL KALB, AND KALYANSASUNDARAM SUBRAMANIAN,<br><br>　　　　　　　　Defendants. | Civil Action No. 16-CV-08318-ALC-OTW<br><br>Hon. Andrew L. Carter Jr., U.S.D.J.<br>Hon. Ona T. Wang, U.S.M.J<br><br>CLASS ACTION<br><br>**(PROPOSED) ORDER DISTRIBUTING THE NET SETTLEMENT FUND** |

WHEREAS:

　　A.　　On August 23, 2024, the Court entered the Order and Final Judgment, which, *inter alia*, approved the Settlement, the terms of which were set forth in the Stipulation of Settlement, dated April 10, 2024 (the "Stipulation"), and Plan of Allocation of settlement proceeds.[1]

　　B.　　The Court retained jurisdiction over the action for the purpose of: (a) implementation of the Settlement and any award or distribution of the Net Settlement Fund; (b) the disposition of the Net Settlement Fund; and (c) construing, enforcing, and administering the Stipulation.

　　C.　　As set forth in the Notice, the deadline for Class members to submit a Proof of Claim and Release Form ("Claim Form") to participate in the distribution of the Net Settlement Fund was August 16, 2024.

---

[1] Unless otherwise defined herein, all capitalized terms herein shall have the same meaning as set forth in the Stipulation.

D.  As set forth in the Affidavit of Luiggy Segura in Support of Motion for Distribution of Net Settlement Fund ("Segura Affidavit"), Mr. Segura, the Vice President of JND Legal Administration (the "Claims Administrator"), affirms that the Claims Administrator has completed the process of reviewing all 10,079 submitted claims in the above action.

E.  In accordance with the recommendations of the Claims Administrator, Lead Plaintiff and Lead Counsel seek authorization to distribute the Net Settlement Fund to all Authorized Claimants entitled to receive such funds.

NOW, THEREFORE, upon review of Lead Plaintiff's Motion for an Order Authorizing Disbursement of the Net Settlement Fund, the Segura Affidavit, and all other exhibits and papers submitted in support thereof, and for good cause for the relief requested, it is hereby

ORDERED, as follows:

1.  The administrative determinations of the Claims Administrator in accepting the claims as indicated on the computer printouts of accepted claims submitted with and described in the Segura Affidavit at Exhibits B-1 and B-2, thereto, which includes claims submitted after the August 16, 2024 deadline for filing claims, are approved, and said claims are hereby accepted for payment from the Net Settlement Fund.

2.  The administrative determinations of the Claims Administrator in rejecting the claims as indicated on the computer printout of rejected claims submitted with and described in the Segura Affidavit at Exhibit B-3 thereto, are approved, and said claims are hereby rejected, disallowed, and shall not be paid.

3.  Submission of any claim after February 6, 2025 for participation in the Settlement is forever barred.

4. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Gross Settlement Fund and/or the Net Settlement Fund are released and discharged from any and all claims arising out of such involvement, and all Class Members, whether or not they are to receive payment from the Net Settlement Fund, are barred from making any further claim against the Net Settlement Fund or the released persons beyond the amount allocated to them pursuant to this Order.

5. Lead Counsel and the Claims Administrator are directed to arrange for payment of the Net Settlement Fund to all Authorized Claimants in accordance with the Stipulation and the Plan of Allocation, as soon as practicable.

6. The payments to be distributed to the Authorized Claimants identified in the Segura Affidavit at Exhibits B-1 and B-2 shall bear the notation: "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION IF NOT CASHED WITHIN THREE MONTHS AFTER ISSUE DATE."

7. The Claims Administrator is hereby authorized to destroy the paper copies of the Claim Forms and all supporting documentation one year after any second or subsequent final distribution, if either occurs, or, if there is no such distribution, two years after the initial distribution, and one year after all funds have been distributed. JND may destroy electronic copies of the same.

Dated: 10/20/25

HONORABLE ANDREW CARTER
UNITED STATES DISTRICT JUDGE